IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SHELBY COUNTY HEALTH CARE CORPORATION d/b/a Regional Medical Center** PLAINTIFF

Vs. 3:13-CV-00194 BRW

**SOUTHERN FARM BUREAU CASUALTY INSURANCE CO., *et al.*** DEFENDANTS

JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing plaintiff's complaint with prejudice.

IT IS SO ORDERED this 9th day of July, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE