**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| **SHELBY COUNTY HEALTH CARE CORPORATION d/b/a Regional Medical Center** | **PLAINTIFF** |
| **VS.** 3:13-CV-00194-BRW | |
| **SOUTHERN FARM BUREAU CASUALTY INSURANCE CO.,** *et al.* | **DEFENDANTS** |

**ORDER**

Pending is Defendants' Barbara Ford's Motion for Attorney's Fees and Costs (Doc. No. 60). Plaintiff has responded.[1]

Plaintiff argued against Defendants' entitlement to attorneys' fees, but did not dispute the requested fee amount. Based on a review of the submission, it appears to me that counsels' hourly rates[2] and expended hours[3] are reasonable.

For the same reasons that were set out in the May 14, 2014 Order,[4] Defendants' Motion is GRANTED. Accordingly, Defendants are entitled to $6,003.00 in attorneys' fees.

IT IS SO ORDERED this 1st day of August, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 62.

[2] One lawyer charged $140 an hour and another charged $125 an hour.

[3] 47.1 hours.

[4] Doc. No. 40.

1