IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHELBY COUNTY HEALTH CARE
CORPORATION d/b/a Regional Medical
Center                                                                                                                PLAINTIFF

VS.                                      3:13-CV-00194-BRW

SOUTHERN FARM BUREAU
CASUALTY INSURANCE CO., *et al.*                                                        DEFENDANTS

## ORDER

Plaintiff's unopposed Motion to Stay Enforcement and Execution of Judgment (Doc. No. 68) is GRANTED.[1]  Accordingly, upon the posting of supersedeas bond in the amount of $11,920.42, the judgment is stayed pending the outcome of the appeal.

IT IS SO ORDERED this 3rd day of September, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Barbara Ford filed a response stating that she did not oppose the motion.  The other Defendants did not respond and the time for doing so has passed.

1