IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SHELBY COUNTY HEALTH CARE**
**CORPORATION d/b/a Regional Medical**
**Center**     **PLAINTIFF**

**V.**     **3:13CV00194-BRW**

**SOUTHERN FARM BUREAU**
**CASUALTY INSURANCE CO.,** *et al***.**     **DEFENDANTS**

## JUDGMENT

Based on the order entered today granting Defendants' Motions for Summary Judgment, this case is dismissed.

IT IS SO ORDERED this 19th day of October, 2015.

                                             /s/ Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE